**Victor William HARGRAVE,**
**a/k/a David Lee Hargrave,**
**Petitioner—Appellant,**

v.

**Patricia STANSBERRY, Warden,**
**Respondent—Appellee.**

No. 05–6116.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 15, 2005.

Victor William Hargrave, Appellant pro se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor William Hargrave, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hargrave v. Stansberry,* No. CA–04–746–5–FL (E.D.N.C. Dec. 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*